**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF DELAWARE**

| | |
|---|---|
| In re: | Chapter 15 |
| CATALYST PAPER CORPORATION, et al.[1] | Case No. 16-12419 (CSS) |
| Debtors in a foreign proceeding. | (Jointly Administered) |
| | Hearing Date: Dec. 22, 2016 at 12:30 p.m. (ET) |
| | Objection Deadline: Dec. 12, 2016 at 4:00 p.m. (ET) |

**NOTICE OF HEARING ON PETITIONS UNDER**
**CHAPTER 15 OF THE UNITED STATES BANKRUPTCY CODE**

**PLEASE TAKE NOTICE** that, on November 1, 2016, Catalyst Paper Corporation ("CPC"), in its capacity as the authorized foreign representative (the "Foreign Representative") for itself and its above-captioned affiliates (collectively, the "Debtors") in a foreign proceeding (the "CBCA Proceeding") under Section 192 of the *Canada Business Corporations Act*, R.S.C. 1985, c. C-44 (as amended, the "CBCA") before the Supreme Court of British Columbia (the "Canadian Court"), filed petitions (collectively, the "Chapter 15 Petitions") commencing these chapter 15 cases (the "Chapter 15 Cases"), which are ancillary to the CBCA Proceeding.

**PLEASE TAKE FURTHER NOTICE** that, in these Chapter 15 Cases, the Foreign Representative has filed the *Verified Petition for Entry of an Order Recognizing Foreign Main Proceeding and Granting Additional Relief* [D.I. 7] (the "Verified Petition").[2] Attached to the Verified Petition as Exhibit A is a copy of the proposed final order granting the relief sought in the Verified Petition (the "Proposed Recognition Order"). A copy of the Verified Petition and the Proposed Recognition Order is attached as Exhibit I hereto.

**PLEASE TAKE FURTHER NOTICE** that, among other things, the Verified Petition seeks the entry of an order granting recognition to the CBCA Proceeding as a foreign main proceeding.

---

[1] The chapter 15 debtors incorporated in Canada and/or in the province of British Columbia (collectively, the "Canadian Debtors"), along with the last four digits of each Canadian Debtor's Canadian business number, are: Catalyst Paper Corporation (1171); Catalyst Paper (6288); Catalyst Pulp Operations Limited (4565); Catalyst Pulp Sales Inc. (4021); Catalyst Pulp and Paper Sales Inc. (2085); and Pacifica Poplars Ltd. (6048). The chapter 15 debtors incorporated in the United States (collectively, the "U.S. Debtors"), along with the last four digits of each U.S. Debtor's federal tax identification number, are: Catalyst Paper Holdings Inc. (7177); Catalyst Paper Operations Inc. (7105); Catalyst Paper (Snowflake) Inc. (7015); Catalyst Paper (USA) Inc. (6890); Pacifica Papers US Inc. (7595); Pacifica Papers Sales Inc. (7594); Pacifica Poplars Inc. (9597); and Catalyst Paper Recycling Inc. (8358). The Canadian Debtors and the U.S. Debtors are referred to herein, collectively, as the "Debtors." The Debtors' executive headquarters are located at: 2nd Floor, 3600 Lysander Lane, Richmond, BC V7B 1C3, Canada.

[2] Capitalized terms used but not defined herein shall have the meanings ascribed to such terms in the Verified Petition.

01:19498738.2

**PLEASE TAKE FURTHER NOTICE** that, on November 2, 2016, the United States Bankruptcy Court for the District of Delaware (the "Bankruptcy Court") entered that certain order granting provisional injunctive and related relief under sections 105(a) and 1519 of the Bankruptcy Code [D.I. 33] (the "Provisional Relief Order"). The Provisional Relief Order, among other things, grants, on a provisional basis, certain protections afforded by the Bankruptcy Code for acts in contravention of the orders of the Canadian Court in the CBCA Proceeding, including those protections arising under the automatic stay provided under section 362(a) (applicable to the Trustee and Noteholders) and as provided under section 365(e) of the Bankruptcy Code. A copy of the Provisional Relief Order is attached as Exhibit II hereto.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the *Order Scheduling the Recognition Hearing and Specifying the Form and Manner of Service* [D.I. 32], entered on November 2, 2016 (the "Service Procedures Order"), the Bankruptcy Court has scheduled a hearing before the Honorable Christopher S. Sontchi in the United States Bankruptcy Court for the District of Delaware, 824 N. Market Street, 5th Floor, Courtroom No. 6, Wilmington, DE 19801, on **December 22, 2016 at 12:30 p.m. prevailing Eastern Time**, to consider approval of the Verified Petition and granting of the relief requested therein, including the Proposed Recognition Order, on a final basis (the "Recognition Hearing"), including recognition of the CBCA Proceeding as a foreign main proceeding under chapter 15 of the Bankruptcy Code and giving full force and effect to any orders entered in the CBCA Proceeding, including the preliminary interim order entered in the CBCA Proceeding on October 31, 2016 (the "Preliminary CBCA Order), which granted certain initial relief in connection with the CBCA Proceeding. A copy of the Preliminary CBCA Order is attached hereto as Exhibit III.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Service Procedures Order (i) the Bankruptcy Court has not set a time period or a place for filing proofs of claim, as the claims of all unsecured creditors, including employees, trade vendors, contract counterparties and litigants, are unaffected by the proposed Recapitalization Plan (as described in the Verified Petition) and would also be unaffected by the Acquisition Plan (as described in the Verified Petition) and the Debtors will continue to pay such creditors in the ordinary course; and (ii) the Debtors' secured lenders and secured noteholders need not file proofs of claim, as their claims will be addressed in the CBCA Proceeding and the related Chapter 15 Cases; provided, that if the foregoing ceases to be the case, claim holders will receive notice and an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Service Procedures Order, any responses or objections to the Chapter 15 Petitions or the Bankruptcy Court's entry of the Recognition Order shall be (i) made in writing, describe the basis therefore, and indicate the nature and extent of the respondent's interests in the Debtors' Chapter 15 Cases, (ii) filed with the Office of the Clerk of the Court, 824 N. Market Street, Third Floor, Wilmington, DE 19801, and (iii) served upon (a) Blair M. Warner, Esq. and William A. Evanoff, Esq., Sidley Austin LLP, One South Dearborn Street, Chicago, IL 60603, (b) Matthew B. Lunn, Esq., Ashley E. Jacobs, Esq. and Edmon L. Morton, Esq., Young Conaway Stargatt & Taylor, LLP, Rodney Square, 1000 North King Street, Wilmington, DE 19801 and (c) Haig M. Maghakian, Esq., Milbank, Tweed, Hadley & McCloy LLP, 2029 Century Park East, 33rd Floor, Los Angeles, CA 90067 and Abhilash M. Raval, Milbank, Tweed, Hadley & McCloy LLP, 28 Liberty Street, New York, NY 10005, on or before **December 12, 2016 at 4:00 p.m. prevailing Eastern Time**.

01:19498738.2

**PLEASE TAKE FURTHER NOTICE** that all parties in interest in the Chapter 15 Cases that are opposed to the Chapter 15 Petitions or the Bankruptcy Court's entry of the Recognition Order must appear at the Recognition Hearing, which hearing may be adjourned from time to time without further notice except for an in-court announcement at the Recognition Hearing or a filing by the Foreign Representative on the docket of the Chapter 15 Cases of the date and time to which the Recognition Hearing has been adjourned.

**PLEASE TAKE FURTHER NOTICE** that copies of the Chapter 15 Petitions and certain other pleadings filed contemporaneously therewith in support of the Chapter 15 Petitions, including the Verified Petition, are available by (i) requesting copies in writing at Young Conaway Stargatt & Taylor, LLP, 1000 North King Street, Wilmington, DE 19801, Attn: Troy M. Bollman, or (ii) contacting Troy M. Bollman, paralegal at Young Conaway Stargatt & Taylor, LLP, co-counsel for the Foreign Representative, at (302) 573-7796.  You may also obtain copies of any pleadings filed in these Chapter 15 Cases for a fee via PACER at: http://www.deb.uscourts.gov.

> **PLEASE TAKE FURTHER NOTICE** THAT IF NO RESPONSES OR OBJECTIONS ARE RECEIVED IN ACCORDANCE WITH THIS NOTICE, THE BANKRUPTCY COURT MAY GRANT THE RELIEF REQUESTED BY THE FOREIGN REPRESENTATIVE AND ENTER THE RECOGNITION ORDER WITHOUT FURTHER NOTICE OR A HEARING.

Dated:  November 7, 2016  
Wilmington, Delaware

SIDLEY AUSTIN LLP  
James F. Conlan  
Dennis M. Twomey  
William A. Evanoff  
Blair M. Warner  
One South Dearborn Street  
Chicago, Illinois 60603  
Telephone:  (312) 853-7000  
Facsimile:  (312) 853-7036

-and-

YOUNG CONAWAY STARGATT & TAYLOR, LLP

*/s/ Ashley E. Jacobs*  
Edmon L. Morton (No. 3856)  
Matthew B. Lunn (No. 4119)  
Ashley E. Jacobs (No. 5635)  
Rodney Square  
1000 North King Street  
Wilmington, Delaware 19801  
Telephone:  (302) 571-6600  
Facsimile:  (302) 571-1253

*Counsel to the Foreign Representative*

01:19498738.2